CENTRAL HUDSON GAS & ELECTRIC CORPORATION, Respondent, v. DONALD M. NEWMAN et al., as Executors of ANDREW J. McGANN, Deceased, Appellants.—

Rabin, Acting P. J., Hopkins, Latham, Brennan and Benjamin, JJ., concur.